PROBER & RAPHAEL, A LAW CORPORATION
LEE S. RAPHAEL, ESQUIRE, #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
DAVID F. MAKKABI, ESQUIRE #249825
MELISSA VERMILLION, ESQUIRE #241354
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
F.040-1059
Attorneys for Movant

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Bk. No. 8:09-bk-21400-RK |
| | ) | |
| TIFFANY KHANDON HAGHIGHINIA | ) | Chapter 11 |
| | ) | |
|    Debtor. | ) | |
| _____ | ) | |
| | ) | |
| U.S. BANK, N.A., SUCCESSOR IN INTEREST TO THE FDIC AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., | ) ) ) ) | |
| its assignees and/or successors in interest, | ) | |
| | ) | Hearing: |
|    Movant, | ) | Date: July 20, 2010 |
| vs. | ) | Time: 10:30 a.m. |
| | ) | Place: U.S. Bankruptcy Court |
| TIFFANY KHANDON HAGHIGHINIA, | ) |      411 W. Fourth Street |
| | ) |      Santa Ana, California |
| | ) | Courtroom: 5D |
|    Respondent. | ) | Floor: 5th |
| _____ | ) | |

**STIPULATION FOR ADEQUATE PROTECTION RE SECTION 362 STAY**
(COVER PAGE)

1

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Prober & Raphael, A Law Corporation**<br>**Lee S. Raphael, Esq., BAR ID: 180030**<br>**Cassandra J. Richey, Esq., BAR ID: 155721**<br>**David F. Makkabi, Esq., BAR ID: 249825**<br>**20750 Ventura Boulevard, Suite 100**<br>**Woodland Hills, California 91364**<br>**Telephone # (818) 227-0100**<br>**Fax # (818) 227-0101**<br>**Email cmartin@pprlaw.net**<br>☐ *Individual appearing without counsel*<br>☒ *Attorney for: Movant* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>Tiffany Khandon Haghighinia<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NO.: 8:09-bk-21400-RK<br>DATE: 10/20/10<br>TIME: 10:30 a.m.<br>CTRM: 5D<br>FLOOR: 5th |
|---|---|

# ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Real Property)
### (MOVANT: U.S. BANK, N.A., SUCCESSOR IN INTEREST TO THE FDIC AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.)

1. The Motion was:    ☐ Contested    ☐ Uncontested    ☒ Settled by stipulation

2. The Motion affects the following real property (the "Property"):

   *Street Address:*  **3623 South Bear Street6**
   *Apartment/Suite No.:*  **Unit 3**
   *City, State, Zip Code:*  **Santa Ana, California 92704**

   Legal description or document recording number (including county of recording):

   ☒ See attached page.

3. The Motion is granted under:   ☐ 11 U.S.C. § 362(d)(1)   ☐ 11 U.S.C. § 362(d)(2)   ☐ 11 U.S.C. § 362(d)(3)
   ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
   a. ☐ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c. ☒ Modified or conditioned as set forth in Exhibit __1__ to this Order.

5. ☐ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-1O.RP**

| In Re           (SHORT TITLE) | | CHAPTER: | 11 |
|---|---|---|---|
| Tiffany Khandon Haghighinia | Debtor(s) | CASE NO: | 8:09-bk-21400-RK |

6. ☐ Movant shall not conduct a foreclosure sale before the following date (*specify*):

7. ☒ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

    ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

    ☐ multiple bankruptcy filings affecting the Property.

    If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

    a. ☐ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
    b. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
    c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.
    d. ☐ See attached continuation page for additional provisions.

# # #

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                    **F 4001-1O.RP**

F 4001-1O.RP

| In Re (SHORT TITLE) | CHAPTER: 11 |
|---|---|
| Tiffany Khandon Haghighinia | |
| Debtor(s) | CASE NO: 8:09-bk-21400-RK |

## ADEQUATE PROTECTION ATTACHMENT
### (MOVANT: U.S. BANK, N.A., SUCCESSOR IN INTEREST TO THE FDIC AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.)

*(This Attachment is the continuation page for Paragraph 7 of the Order on the Motion.)*

The stay shall remain in effect subject to the following terms and conditions:

1. ☐ The Debtor(s) tendered payments at the hearing in the amount of $_____.

2. ☐ The Debtor(s) shall make regular monthly payments in the amount of $_____ commencing _____. The amount of these payments may be subject to change under the terms of the parties' original agreements. All payments due Movant hereunder shall be paid to Movant at the following address:

   _____
   _____
   _____
   _____

3. ☐ The Debtor(s) shall cure the postpetition default computed through _____ in the sum of $_____ as follows:

   a. ☐ In equal monthly installments of $_____ each commencing _____ and continuing thereafter through and including _____,

   b. ☐ By paying the sum of $_____ on or before _____,

   c. ☐ By paying the sum of $_____ on or before _____,

   d. ☐ By paying the sum of $_____ on or before _____,

   e. ☐ Other:

4. ☐ The Debtor(s) shall maintain insurance coverage on the property and shall remain current on all taxes that fall due postpetition with regard to the property.

5. ☐ The Debtor(s) shall file a Disclosure Statement and Plan on or before *(specify date)*:
   Disclosure Statement shall be approved on or before *(specify date)*:
   The Plan shall be confirmed on or before *(specify date)*:

6. ☒ Upon any default in the foregoing terms and conditions, Movant shall serve written notice of default to Debtor(s), and any attorney for Debtor(s). If Debtor(s) fails to cure the default within 14 calendar days after mailing of such written notice:

   a. ☐ The stay shall automatically terminate without further notice, hearing or order.

   b. ☒ Movant may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating the stay, which the Court may grant without further notice or hearing.

   c. ☐ The Movant may move for relief from the stay upon shortened notice in accordance with Local Bankruptcy Rules.

   d. ☐ The Movant may move for relief from the stay on regular notice.

*(Continued on next page)*

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    F 4001-1O.RP

| In Re (SHORT TITLE) | | CHAPTER: 11 |
|---|---|---|
| Tiffany Khandon Haghighinia | Debtor(s) | CASE NO: 8:09-bk-21400-RK |

7. ☒ Notwithstanding anything contained herein to the contrary, the Debtor(s) shall be entitled to a maximum of __3__ (number) notices of default and opportunities to cure pursuant to the preceding paragraph. Once a Debtor(s) has defaulted this number of times on the obligations imposed by this Order and has been served with this number of notices of default, Movant shall be relieved of any obligation to serve additional notices of default and provide additional opportunities to cure. If an event of default occurs thereafter, Movant shall be entitled, without first serving a notice of default and providing the Debtor(s) with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Debtor's failures to perform hereunder, together with a proposed order terminating the stay, which the Court may enter without further notice or hearing.

8. ☒ The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor(s).

9. ☒ If Movant obtains relief from stay based on Debtor's(s') defaults hereunder, the order granting that relief shall contain a waiver of the 14-day stay created by Federal Rule of Bankruptcy Procedure 4001(a)(3).

10. ☒ Movant may accept any and all payments made pursuant to this Order without prejudice to or waiver of any rights or remedies to which it would otherwise have been entitled under applicable non-bankruptcy law.

11. ☒ Other (specify):

Commencing October 1, 2010, Debtor will make monthly payments of $790.13, representing a re-amortized payment of $613.21 based upon a value of $108,000.00 over thirty (30) years at the interest rate of 5.5% per annum and a monthly impound for payments of ongoing property taxes and insurance of $176.92, which may be adjusted for increases in taxes and insurance pursuant to the terms of the Note and Deed of Trust.

The agreements contained in this Stipulation shall be binding for purposes of any plan confirmed in this bankruptcy, unless otherwise stipulated writing.

All other terms of the Note and Deed of Trust and related documents are unaffected.

In the event this case is converted to any other chapter or is dismissed, this Stipulation shall be deemed void and unenforceable.

Approved as to form and content:

_____
David F. Makkabi, Esq.
Attorney for Movant

_[signature]_
Michael R. Totaro, Esq.
Attorney for Debtor

Judge's Initials

| In Re       (SHORT TITLE) | CHAPTER: 11 |
|---|---|
| Tiffany Khandon Haghighinia | |
| Debtor(s) | CASE NO:   8:09-bk-21400-RK |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364

A true and correct copy of the foregoing document described <u>STIPULATED ORDER ON MOTION FOR RELIEF FROM STAY (REAL PROPERTY)</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u>**(indicate method for each person or entity served)**:**
On <u>9/28/10</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. <u>SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL</u>** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/28/10 | Danielle Seth-Hunter | /s/ Danielle Seth-Hunter |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-1O.RP**

Case 8:09-bk-21400-RK   Doc 30   Filed 09/28/10   Entered 09/28/10 10:36:58   Desc
Main Document   Page 7 of 8

Order on Motion for Relief from Stay (Real Property) - Page 6 of 7   **F 4001-1O.RP**

| In Re   (SHORT TITLE) | | CHAPTER: 11 |
|---|---|---|
| Tiffany Khandon Haghighinia | Debtor(s) | CASE NO: 8:09-bk-21400-RK |

**II. SERVED BY U.S. MAIL**

Honorable Robert N. Kwan
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5165
Santa Ana, CA 92701-4593
JUDGE'S COPY

Tiffany Khandon Haghighinia
120-41A 5th Avenue
Gollege Point, NY 11356
Debtor

Michael R. Totaro, Esquire
Totaro & Shanahan
P.O. Box 789
Pacific Palisades, Ca 90272
Debtor's Attorney

Michael J. Hauser, Esquire
Office of the U.S. Trustee
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701
Attorney for the U.S. Trustee

Prober & Raphael, A Law Corporation
Attorneys for Movant
P.O. Box 4365
Woodland Hills, CA 91365-4365

20 Largest Unsecured Creditors:
GEMB/Bebe
P.O. Box 10365
Roswell, GA 30076

AMCA
2269 S. Saw Mill River Rd.
Elmsford, NY 10523

FIDM
17590 Gillette Ave.
Irvine, CA 92614

Newwork Recovery Service
3 Expressway Plaza @200
Roslyn Heights, NY 11577

American Express Publishing
P.O. Box 1334
Des Plaines, IL 60017

HSBC/Nautls
90 Christiana Rd.
New Castle, DE 19720

Chase Bank
Attn:  Bankruptcy Dept.
P.O. Box 100018
Kennesaw, GA 30156

Orange County Tax Collector
625 N. Ross Bldg. 11 Rm 658
Santa Ana, CA 92701

St Albans HOA
c/o Villageway Property Mgmt
P.O. Box 4708
Irvine, CA 92616

US Bank Consolidated
P.O. Box 108
St. Louis, MO 63166

GEMB/Care
P.O. Box 981439
El Paso, TX 79998

Target National Bank
P.O. Box 1327 Mail Stop 3CK
Minneapolis, MN 55440

HSBC/Best Buy
P.O. Box 15524
Wilmington, DE 19850

WFNNB/Victoria Secret
Bankruptcy Department
P.O. Box 182125
Columbus, OH 43218

BLMDSNB
9111 Duke Blvd.
Mason, OH 45040

Diverified Adjustment Service, Inc.
600 Coon Rapids
Coon Rapids, MN 55433

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*   **F 4001-1O.RP**

Order on Motion for Relief from Stay (Real Property) - Page 7 of 7    **F 4001-1O.RP**

| In Re    (SHORT TITLE) | | CHAPTER: | 11 |
|---|---|---|---|
| Tiffany Khandon Haghighinia | Debtor(s) | CASE NO: | 8:09-bk-21400-RK |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **STIPULATED ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 09/16/10, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**Michael J Hauser** michael.hauser@usdoj.gov
**David F Makkabi** cmartin@pprlaw.net
**Michael R Totaro** mtotaro@aol.com
**Linh K Tran** bline.chapter13@blinellc.com
**United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

___
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                    **F 4001-1O.RP**